UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VENUS WALKER, | |
| Plaintiff, | 2:10-cv-894-KJD-RJJ |
| vs. | |
| TITANIUM METALS CORPORATION, etc., *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on the Application to Proceed In Forma Pauperis (#1).

The Court having reviewed the Application (#1) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application to Proceed In Forma Pauperis (#1) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall send the Plaintiff the proper In Forma Pauperis long form along with a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff shall have to and including September 16, 2010, to complete this form and file it with the court. Failure to comply with this deadline may result in a recommendation that this case be dismissed.

DATED this  19th  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge