RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
700 South Third Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VENUS WALKER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:10-cv-00894-KJD-RJJ |
| TITANIUM METALS CORPORATION, et al., | ) |
| Defendant. | ) |

## SUBSTITUTION OF ATTORNEY

VENUS WALKER, Plaintiff, in Proper Person, whose address is 551 Mossy Bark Court, Las Vegas, Nevada, 89183, Telephone No. (716) 445-1907, hereby substitutes RICHARD SEGERBLOM, ESQ., as attorney of record in her place and stead.

DATED: 11/03/10                                        _____
                                                                                    VENUS WALKER

/
/
/

I consent to the above substitution.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:_____ | //Richard Segerblom |
| 3 | | RICHARD SEGERBLOM, ESQ. |
| | | 700 South Third Street |
| 4 | | Las Vegas, NV 89101 |
| | | TEL 702-388-9600 |
| 5 | | FAX 702-385-2909 |
| 6 | | APPROVED: |
| 7 | DATED: November 9, 2010 | *Robert J. Johnston* (signature) |
| 8 | | UNITED STATES MAGISTRATE JUDGE |

2